**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Judy Goldstein Smith*
*Direct Dial: 215-8618511*

615 Chestnut Street
Suite 1250
Philadelphia, Pennsylvania 19106-4476
(215) 451-5200

December 4, 2007

Michael E. Kunz
Clerk of the Court
U.S. District Court
2609 United States Courthouse
601 Market Street
Philadelphia, PA. 19106

    RE:    United States v. David Constable
             Criminal No. 06-~~325~~ 385

FILED
DEC 0 4 2007
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

Dear Mr. Kunz,

    Please unimpound the indictment in the above-referenced matter, which was filed on July 27, 2006. The defendant has been arrested.

                           Sincerely yours,

                           PATRICK L. MEEHAN
                           United States Attorney

                           Judy Goldstein Smith
                           Assistant United States Attorney