IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 06-385 |
| v. | | |
| DAVID CONSTABLE | : | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR MODIFICATION OF PROBATION

Comes now, the United States of America, by its attorneys, Laurie Magid, United States Attorney for the Eastern District of Pennsylvania, and Judy Goldstein Smith, Assistant United States Attorney for the district, and states as follows in response to defendant's motion for modification of probation:

1. The government has no objection to modifying the defendant's conditions of probation to permit the travel requested in the defendant's motion.

Respectfully submitted,

LAURIE MAGID
United States Attorney

_____
JUDY GOLDSTEIN SMITH
Assistant United States Attorney

CERTIFICATE OF SERVICE

I certify that a copy of the Government's Response to Defendant's Motion for

Probation Modification was served by first class mail on March 23, 2009 on:

James Funt, Esq.
Law Offices of Greenblatt & Funt
1429 Walnut St., Suite 1001
Philadelphia, PA 19102
FAX: (215) 665-0449


_____
JUDY GOLDSTEIN SMITH
Assistant United States Attorney