# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVNAIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 06-385-1 |
| | : | |
| DAVID CONSTABLE | : | |
| 2801 WALNUT ST. APT. 1-A | : | |
| PHILADELPHIA, PA  19152 | : | |

## ORDER

AND NOW, to wit, this _____ day of _____, 2011, after consideration of the Motion of Defense Counsel for defendant, David Constable's request to Terminate Probation, it is hereby Ordered and Decreed that this motion is Granted this _____ day of _____, 2011.

**BY THE COURT:**

_____
Honorable Bruce W. Kauffman

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVNAIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 06-385-1 |
| | : | |
| DAVID CONSTABLE | : | |
| 2801 WALNUT ST. APT. 1-A | : | |
| PHILADELPHIA, PA  19152 | : | |

## MOTION TO TERMINATE PROBATION

I, James A. Funt, Esquire, counsel for defendant, David Constable respectfully requests that the Defendant's probation be terminated and in support thereof state the following:

1. On March 16, 2009 Your Honor sentenced Petitioner to four (4) years probation and a three thousand dollar ($3,000.00) fine.

2. Petitioner has been on probation since March 16, 2009.

3. Petitioner has been a model probationer.

4. Probation has no objection to our request for the early termination of petitioner's probation.

Wherefore, defendant, by and through his attorney respectfully prays this Honorable Court grant petitioner, Mr. Constable's Motion to Terminate Probation.

Respectfully submitted,

    JAF5843    
James A. Funt Esquire
Counsel for David Constable

# CERTIFICATE OF SERVICE

I, James A. Funt, Esquire, certify that a true and correct copy of the foregoing Motion to terminate probation was served electric filing on this 15th day of June, 2011.

Honorable Bruce W. Kauffman
United States Courthouse
601 Market Street, Room 15613
Philadelphia, PA 19106

Judy Smith, Esquire
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

Michael Beck, Deputy Clerk
United States Courthouse
601 Market Street, Room 15613
Philadelphia, PA 19106

Michael E. Kunz, Clerk of Courts
United States District Court
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106